**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

In Re: **John R Byrd**

Debtor(s)

BK No. **1:06–bk–11204**

Chapter **7**

### Order Granting Motion (doc# 10 ) To Avoid Judicial Lien

### Re: Motion To Avoid Judicial Lien of RI Hospital Trust

On **11/28/2006** the Debtor(s) filed a Motion to Avoid the Judicial Lien of RI Hospital Trust .  No objection to the motion having been filed, it is hereby **ORDERED** that the Motion to Avoid Judicial Lien is **GRANTED** , and the lien placed on the Debtor's property described as 221 Brightridge Avenue, East Providence , is null and void.

Judgment #: 1:06–bk–11204 – 12 – 10

*ORDER:*

By: **CAL**
Deputy Clerk

*ENTER:*

*Arthur N. Votolato*

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **12/14/06**

Entered on Docket: **12/14/06**
Document Number: **12 – 10**

ogavoidjudlien.jsp #114